IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o THE GAP, INC. d/b/a OLD NAVY LLC, </br></br>          Plaintiff,</br>v.</br>MITSUI OSK LINES, LTD.; CONSOLIDATED CHASSIS MANAGEMENT LLC; MID-SOUTH CONSOLIDATED CHASSIS POOL LLC; TENNESSEE COMMERCIAL WAREHOUSE, INC., d/b/a TENNESSEE EXPRESS; and TENNESSEE EXPRESS, INC.,</br></br>          Defendants. | Case No. 2:15-cv-2515 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COME the parties, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that all claims between the parties in connection with this matter have been settled and are dismissed, with prejudice and with each party bearing its own costs and fees.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA A/S/O THE GAP, INC. D/B/A OLD NAVY

 /s/ Martin F. Casey
One of its attorneys


MITSUI OSK LINES, LTD.

  /s/ Marc I. Kunkin
One of its attorneys


CONSOLIDATED CHASSIS MANAGEMENT LLC

  /s/ Alycen A. Moss
One of its attorneys

1

       MID-SOUTH CONSOLIDATED CHASSIS POOL LLC

       __/s/ Alycen A. Moss_____
       One of its attorneys


       TENNESSEE COMMERCIAL WAREHOUSE, INC. D/B/A TENNESSEE EXPRESS

       __/s/ Scott Wing_____
       One of its attorneys


       TENNESSEE EXPRESS, INC**.**

       __/s/ Scott Wing_____
       One of its attorneys


       NORTH AMERICAN CHASSIS POOL COOPERATIVE LLC

       __/s/ Everett B. Gibson_____
       One of its attorneys

       CONTAINER MAINTENANCE CORP. OF TENNESSEE, INC.

       __/s/ Jonathan Stokes_____
       One of its attorneys


  I, Scott Wing, attorney for Tennessee Commercial Warehouse and Tennessee Express, certify that I have received the consent of each of the above attorneys to affix their respective electronic signatures to this document.

       __/s/ Scott Wing_____

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on June 6, 2016, a true and correct copy of the foregoing document was served by electronic means through the Court's ECF System to the following counsel of record:

Elissa M. Mulrooney
G. Ray Bratton
Gregory W. O'Neal
BRATTON & O'NEAL, P.C.
675 Oakleaf Office Lane, Suite 200
Memphis, TN 38117-4863
raybratton@brattononeal.com
gregoneal@brattononeal.com
emm@brattononeal.com

Martin F. Casey
Casey & Barnett, LLC
41 Madison Avenue, Suite 2528
New York, NY 10010
mfc@caseybarnett.com
*Attorneys for Plaintiff*

John E. Anderson
DICKINSON WRIGHT PLEC
424 Church Street, Suite 1401
Nashville, TN 37219
JAnderson@dickinsonwright.com

Marc I. Kunkin
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, NY 10006-3739
Earl W. Houston, II (Tennessee Bar No. 024508)
MARTIN TATE MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, Tennessee 38119-4839
Telephone: (901) 522-9000
E-mail: ehouston@martintate.com

                __/s/ Scott Wing_____
                Scott Wing (sw@lefltd.com)
                LEAHY, EISENBERG & FRANKEL, LTD.
                33 West Monroe Street, Suite 1100
                Chicago, Illinois 60603
                (312) 368-4554