# UNITED STATES DISTRICT COURT
## IN AND FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY ) <br> OF NORTH AMERICA a/s/o THE GAP, ) <br> INC. d/b/a OLD NAVY LLC, ) <br>     ) <br>     Plaintiff,     ) <br>     ) <br> v.     ) <br>     ) <br> MITSUI OSK LINES, LTD.;     ) <br> CONSOLIDATED CHASSIS     ) <br> MANAGEMENT LLC; MID-SOUTH ) <br> CONSOLIDATED CHASSIS POOL LLC; ) <br> TENNESSEE COMMERCIAL     ) <br> WAREHOUSE, INC. d/b/a TENNESSEE ) <br> EXPRESS; and TENNESSEE EXPRESS, ) <br> INC.,     ) <br>     ) <br>     Defendants.     ) <br>     ) <br> CONSOLIDATED CHASSIS     ) <br> MANAGEMENT LLC AND MID-SOUTH ) <br> CONSLIDATED CHASSIS POOL LLC, ) <br>     ) <br>     Third Party Plaintiffs,     ) <br>     ) <br> v.     ) <br>     ) <br> NORTH AMERICAN CHASSIS POOL ) <br> COOPERATIVE, LLC, and CONTAINER ) <br> MAINTENANCE CORP. OF TENNESSEE, ) <br> INC.,     ) <br>     ) <br>     Third Party Defendants.     ) | **Case No.: 2:15-cv-02515-JPM-dkv** |

_____

## ORDER OF DISMISSAL
_____

Before the Court is the Stipulation of Voluntary Dismissal with Prejudice, filed June 6, 2016.  (ECF No. 86.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims

between the parties in connection with this matter are hereby DISMISSED WITH PREJUDICE.

    **IT IS SO ORDERED,** this 6th day of June, 2016.

                                              /s/ Jon P. McCalla
                                              JON P. McCALLA
                                              UNITED STATES DISTRICT JUDGE